**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-7253**

_____

MICHAEL ANTONIO LIVERMAN,

              Plaintiff - Appellant,

       v.

GENE JOHNSON, Director, Virginia Department of Corrections;
DORIS L. EWING, Court Legal, Manager; HELEN FAHEY, Virginia
Parole Board, Chairman Manager,

              Defendants – Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  James R. Spencer, Chief
District Judge.  (3:07-cv-00344-JRS)

_____

Submitted:  November 5, 2008        Decided:  March 16, 2009

_____

Before KING, GREGORY, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael Antonio Liverman, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Antonio Liverman appeals the district court's order adopting the magistrate judge's recommendation and dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's final order. See Liverman v. Johnson, No. 3:07-cv-00344-JRS (E.D. Va. June 12, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED